IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-cv-21430-KMM

HARTFORD CASUALTY INSURANCE
COMPANY, a foreign corporation, as
equitable subrogee and real party in
interest on behalf of Miller & Solomon
General Contractors, Inc.,

      Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a foreign
corporation,

      Defendant.
_____/

## **AMENDED NOTICE OF MEDIATOR SELECTION**

PLEASE TAKE NOTICE that the parties to the above-styled lawsuit, have mutually agreed to amend the selection of Mediator John Freud to Mediator Bruce G. Alexander due to a conflict in availability. Mediator Bruce G. Alexander of Casey Ciklin Lubitz Martens & OConnell located at 515 North Flagler Drive – 20th Floor, West Palm Beach, FL 33401 is the designated Mediator for the above-referenced matter.

DATED this **3**$^{rd}$ day of **November**, **2011**.

                                                    Respectfully submitted,

                                                    VEZINA, LAWRENCE & PISCITELLI, P.A.
                                                    *Attorneys for Plaintiff Hartford Casualty Insurance Co.*
                                                     121 Alhambra Plaza, Suite 1604
                                                     Coral Gables, Florida  33134
                                                     Telephone:  (305) 443-2043
                                                     Facsimile:   (305) 443-2048

                                                   By:     s/Elaine Witherspoon _____
                                                          TIMOTHY S. TAYLOR
                                                         Florida Bar No. 545015
                                                         ELAINE WITHERSPOON
                                                         Florida Bar No. 0057989

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November **3rd**, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Elaine Witherspoon
TIMOTHY S. TAYLOR
Florida Bar No. 545015
ELAINE WITHERSPOON
Florida Bar No. 0057989
