UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24590-CIV-KING

HARTFORD ACCIDENT AND INDEMNITY
COMPANY,

    Plaintiff,

v.

CRUM & FORSTER SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

CASE NO. 11-21430-CIV-KING

HARTFORD CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

**THIS MATTER** comes before the Court on Defendant Crum & Forster Specialty Insurance Company's Motion to Consolidate Cases (DE #32), filed October 7, 2011, seeking

to consolidate two cases, *Hartford Accident and Indemnity Company v. Crum & Forster Specialty Insurance Company*, Case No. 10-24590-CV-JLK, and *Hartford Casualty Insurance Company v. Westchester Surplus Lines Insurance Company*, Case No. 11-21430-CV-JLK, currently pending in the Southern District of Florida before this Court.[1] The Court is fully briefed in this matter.[2] Upon careful review of the pleadings in the separately filed cases, the Court finds consolidation of the cases to be appropriate in light of the common questions of law and fact. Fed. R. Civ. P. 42(a).

Accordingly, having considered the parties' filings and being otherwise advised, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Defendant Crum & Forster Specialty Insurance Company's Motion to Consolidate Cases **(DE #32)** be, and the same is hereby, **GRANTED**.

2. *Hartford Accident and Indemnity Company v. Crum & Forster Specialty Insurance Company*, Case No. 10-24590-CV-JLK, and *Hartford Casualty Insurance Company v. Westchester Surplus Lines Insurance Company*, Case No. 11-21430-CV-JLK are **CONSOLIDATED** under the first-filed case, Case No. 10-24590-CV-JLK. All filings in the consolidated case **SHALL** be filed under the Case No. 10-24590-CV-JLK.

---

[1] On November 22, 2011, this Court accepted transfer of *Hartford Casualty Insurance Company v. Westchester Surplus Lines Insurance Company*, Case No. 11-21430-CV-JLK from Judge K. Michael Moore.

[2] Plaintiff filed a Response (DE #36) on October 21, 2011, to which Defendant replied (DE #37) on October 31, 2011. The matter is therefore ripe for determination.

3. The parties shall proceed in accordance with the Scheduling Order of April 1, 2011. (DE #28). The Scheduling Order sets out deadlines for discovery, motion practice, and the filing of the Pretrial Stipulation. The Scheduling Order also sets a Pretrial Conference for April 6, 2012, and a Jury Trial for June 4, 2012.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of November, 2011.

                                        /s/ James Lawrence King
                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

*Judge Moore*

**cc: All counsel of record**